FILED

2019 JUL 31  PM 2: 16

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

BY_____

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

September 2018 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>                    v.<br><br>BRIAN PATRIC BOOKER,<br><br>                    Defendant. | Case No. SACR19-CC138 DMG<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 242: Deprivation of Rights Under Color of Law; 18 U.S.C. § 1519: Falsification of Records; 18 U.S.C. § 2(b): Causing an Act to be Done] |

The Grand Jury charges:

INTRODUCTORY ALLEGATIONS

At times relevant to this Indictment:

1.   The City of Santa Ana Police Department ("SAPD") was a law enforcement agency within the Central District of California.

2.   On or about June 19, 2014, defendant BRIAN PATRIC BOOKER was a sworn law enforcement officer with the SAPD assigned to patrol the City of Santa Ana.

3.    The Federal Bureau of Investigation ("FBI") was a component of the United States Department of Justice, a department within the Executive Branch of the United States Government, whose jurisdiction included, among other things, investigation of criminal violations of federal civil rights laws, including Title 18, United States Code, Section 242.

4.    These Introductory Allegations are incorporated into each count of this Indictment.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## COUNT ONE

### [18 U.S.C. § 242]

On or about June 19, 2014, in Orange County, within the Central District of California, defendant BRIAN PATRIC BOOKER, then a sworn police officer employed by the SAPD, while acting under color of law, used unreasonable force against E.A., and thereby willfully deprived E.A. of the right secured and protected by the Constitution and laws of the United States to be free from unreasonable searches and seizures, which includes the right to be free from the use of unreasonable force by a law enforcement officer, resulting in bodily injury to E.A.

1
2

COUNT TWO

[18 U.S.C. §§ 1519, 2(b)]

3    On or about June 20, 2014, in Orange County, within the

4 Central District of California, defendant BRIAN PATRIC BOOKER,

5 in relation to and in contemplation of a matter within the

6 jurisdiction of the FBI, knowingly falsified, and willfully

7 caused to be falsified, a record with the intent to impede,

8 obstruct, and influence the investigation and proper

9 administration of that matter.

10    Specifically, defendant BOOKER, being unable to type

11 because of an injury to his hand caused by his punches to E.A.'s

12 head, requested SAPD Officer Adam Aloyian to document the

13 following false and fictitious statements and representations in

14 a police report regarding the arrest of E.A. on June 19, 2014,

15 which false and fictitious statements were in fact included in

16 such report:

17    1.    That, as defendant BOOKER walked towards E.A. to

18 place him into handcuffs, E.A. reached towards defendant BOOKER

19 and grabbed defendant BOOKER by his right leg, pulling him down;

20 and

21    2.    That defendant BOOKER delivered three to four punches

22 to the back of E.A.'s head because defendant BOOKER believed

23 that E.A. was about to tackle defendant BOOKER and possibly have

24 access to defendant BOOKER's duty weapon.

25    In fact, as defendant BOOKER then knew, E.A. did not reach

26 toward defendant BOOKER as he walked toward E.A.; E.A. did not

27 grab defendant BOOKER's leg and pull him down; and defendant

28

4

1   BOOKER did not believe that E.A. was about to tackle defendant

2   BOOKER.

COUNT THREE

[18 U.S.C. § 1519]

On or about July 3, 2014, in Orange County, within the Central District of California, defendant BRIAN PATRIC BOOKER, in relation to and in contemplation of a matter within the jurisdiction of the FBI, knowingly falsified, and willfully caused to be falsified, a record with the intent to impede, obstruct, and influence the investigation and proper administration of that matter.

Specifically, defendant BOOKER knowingly falsified a police report that included the following false and fictitious statements and representations regarding the arrest of E.A. on June 19, 2014:

1.    That E.A. "looped his right arm around [defendant BOOKER's] right ankle," "grabbed onto [defendant BOOKER's] leg," and pulled defendant BOOKER's leg toward E.A.'s body with a "tight grasp" of defendant BOOKER's leg and with such force that defendant BOOKER began to lose his balance and fall to his right side;

2.    That, after defendant BOOKER yelled for E.A. to "Let go!," E.A. further tightened his grasp of defendant BOOKER's leg; and

3.    That the reason defendant BOOKER punched the back of E.A.'s head 3-7 times was to pull defendant BOOKER's leg free and to keep from falling on the ground.

In fact, as defendant BOOKER then knew, E.A. did not loop his right arm around defendant BOOKER's right ankle; E.A. did

6

1   not grab onto, or tighten any grasp of, defendant BOOKER's leg;

2   E.A. did not cause defendant BOOKER to lose balance and fall to

3   his right side; defendant BOOKER did not punch E.A. in order to

4   pull defendant BOOKER's leg free and to keep defendant BOOKER

5   from falling to the ground; and defendant BOOKER was not falling

6   to the ground at the time he was punching E.A. about the head.

7

8                                A TRUE BILL

9

10                               _____

                               Foreperson

11   NICOLA T. HANNA
   United States Attorney

12

13    *Brandon Fox*

14   BRANDON D. FOX
   Assistant United States Attorney
   Chief, Criminal Division

15

16   BENJAMIN R. BARRON
   Assistant United States Attorney
   Chief, Santa Ana Branch Office

17

18   JENNIFER L. WAIER
   Assistant United States Attorney
   Deputy Chief, Santa Ana Branch

19   Office

20   ROBERT J. KEENAN
   Assistant United States Attorney

21   Santa Ana Branch Office

22

23

24

25

26

27

28                        7