TRACY L. WILKISON
United States Attorney
BENJAMIN R. BARRON
Assistant United States Attorney
Chief, Santa Ana Branch Office
JENNIFER L. WAIER (209813)
ROBERT J. KEENAN  (151094)
Assistant United States Attorneys
 UNITED STATES ATTORNEY'S OFFICE
  411 West Fourth Street
  Suite 8000
  Santa Ana, California 92701
  Telephone: (714) 338-3500
  Facsimile: (714) 338-3708
  E-Mail:    jennifer.waier@usdoj.gov
             rob.keenan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | Case No. CR 19-138-DMG |
|---|---|
| Plaintiff, | GOVERNMENT'S POSITION STATEMENT REGARDING SENTENCING OF |
| v. | DEFENDANT BRIAN PATRIC BOOKER |
| BRIAN PATRIC BOOKER, | |
| Defendant. | [Fed. R. Crim. P. 32(f)(1)] |
| | DATE:  December 15, 2021<br>TIME:  11:00 a.m.<br>PLACE: Courtroom 8C<br>EST:   20 minutes |

**GOVERNMENT'S RESPONSE TO PRE-SENTENCE REPORT**

Defendant BRIAN PATRIC BOOKER pleaded guilty to the lesser-included offense in Count One of the Indictment, which charges defendant with Deprivation of Rights Under Color of Law, in violation of 18 U.S.C. § 242, a Class A misdemeanor, as defined in 18 U.S.C. § 3559(a)(6).

The Probation Office has determined that defendant's Total Offense Level is 13 and Criminal History Category is II. The government concurs with the USPO's Guideline calculations, which are consistent with the parties' plea agreement. The Guideline's general advisory sentencing range is inapplicable here because, as noted in the PSR, it does not reflect the lower statutory maximum applicable to defendant's misdemeanor offense. (See PSR ¶ 72.) Therefore, under USSG § 5G1.1(a), the Guideline's advisory sentencing range is no higher than 12 months. (Id.)

Pursuant to the plea agreement and 18 U.S.C. § 3553(a), the government hereby recommends the following sentence: (a) a $25 mandatory special assessment; and (b) a one-year term of probation, with the following conditions, which are mandated by statute: (1) defendant must not commit another federal, state, or local crime (see 18 U.S.C. § 3563(a)(1)); and (2) defendant shall pay the $25 special assessment to be ordered by the Court, which shall be due immediately (see 18 U.S.C. §§ 3563(a)(6)(B), 3572(d)(1)). (See CR 33; PSR ¶ 5.)

/ /
/ /
/ /
/ /

In accordance with the plea agreement, the government also recommends no term of imprisonment, community detention, or home confinement as part of defendant's probationary sentence.

DATED: November 30, 2021.   Respectfully submitted,

TRACY L. WILKISON
United States Attorney

BENJAMIN R. BARRON
Assistant United States Attorney
Chief, Santa Ana Branch Office

         /s/ J.L.W.
JENNIFER L. WAIER
ROBERT J. KEENAN
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**CERTIFICATE OF SERVICE**

I am a citizen of the United States and a resident of Orange County, California.  I am over 18 years of age, and I am not a party to the above-entitled action.  My business address is the United States Attorney's Office, Ronald Reagan Federal Building and United States Courthouse, 411 West Fourth Street, Suite 8000, Santa Ana, California 92701.

On this date, **November 30, 2021,** I served a copy of the attached document, **GOVERNMENT'S POSITION STATEMENT REGARDING SENTENCING OF DEFENDANT BRIAN PATRIC BOOKER**, on the assigned U.S. Probation Officer by e-mailing it to the following e-mail address:

**anna_guan@cacp.uscourts.gov**

I declare under penalty of perjury that the foregoing is true and correct.  This declaration is executed on this day, **November 30, 2021,** at Santa Ana, California.

                                        /s/ R.J.K.
                                      Robert J. Keenan